# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JPS HOLDINGS, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington, and its Department of Developmental & Environmental Services,<br><br>    Defendants. | NO. C09-0584 BAT<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>**CLERK'S ACTION REQUIRED** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff JPS Holdings, LLC hereby voluntarily dismisses this action.

DATED this 5th day of May, 2009.

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN, PLLC


By: s/Joseph A. Hamell
Joseph A. Hamell, WA State Bar No. 29423
701 Fifth Ave., Ste 5500
Seattle, Wa 98104
Telephone: (206) 682-7090
Fax: (206) 625-9534
E-mail jhamell@mpba.com

---

NOTICE OF VOLUNTARY DISMISSAL (C09-0584 BAT) - 1
ss\li:\s\singhj\kingcounty\pld\disms 04 30 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on May 5th, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Youn-Jung Kim
King County Prosecuting Attorneys Office
516 3rd Ave. W554
Seattle, WA 98104
Jina.kim@kingcounty.gov

Devon Shannon
King County Prosecuting Attorneys Office
516 3rd Ave. W554
Seattle, WA 98104
Devon.shannon@kingcounty.gov

DATED this 5th day of May, 2009, at Seattle, Washington.

By: *Stephanie Lempesis*
Stephanie Lempesis

NOTICE OF VOLUNTARY DISMISSAL (C09-0584 BAT) - 2
ssl\i:\s\singhj\kingcounty\pld\disms 04 30 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX